**SALEK LAW FIRM**
27 Peters Canyon Road, 2nd Floor
Irvine, CA 92606
Tel# (714) 258-7800
Fax# (714) 258-7888
By: KEITH SALEK, Esq. [California Bar No. 218379]
Admitted to Practice Pro Hac Vice under LR IA 10-2

**LAW OFFICES OF MARK WRAY**
608 Lander Street
Reno, Nevada, 89509
Voice: (775) 348-8877
Fax: (775) 348-8351
By: Mark Wray, Esq. [Nevada Bar No. 4425]

ATTORNEYS for Plaintiff
ELVA LOPEZ, an Individual

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELVA LOPEZ, an Individual | ) |
| Plaintiff, | ) |
| vs. | ) **Case No.: 2:09-CV-02407-JCM-LRL** |
| | ) **[Unlimited Action]** |
| MIDBAR CONDOMINIUM DEVELOPMENT, LP, a Nevada limited partnership; 8255 LAS VEGAS MARKETING CORPORATION, a foreign entity unknown, 8255 LAS VEGAS MARKETING LLC, a limited liability company; NEVADA TITLE COMPANY, a Nevada Corporation, and Does 1 through 50, inclusive | ) STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| Defendants. | ) |

///

///

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
S:\CASES & FILES\LOPEZ, Elva\OneLV\Pleadings\Stipulation.for.Dismissal.doc

SALEK LAW FIRM
27 Peters Cyn Rd,
2nd FL
Irvine, CA 92606
Tel:714/258-7800
Fax:714/258-7888

1  The parties, by and through their undersigned counsel of record, hereby stipulate
2  that the above-entitled action may be dismissed with prejudice, each party to bear its
3  own costs and attorney's fees.

4  Agreed to by:

5  DATED: March 30, 2011					SALEK LAW FIRM

7  					By:
8  					/s/ Keith Salek
					KEITH SALEK
9  					Attorney for Plaintiff,
					Elva Lopez

11 DATED: March 30, 2011					HOLLAND & HART, LLP

13 					By: /s/ Gavin Jangard
14 					GAVIN JANGARD
					Attorney for Defendants,
15 					Las Vegas Marketing Corporation and
					Las Vegas Marketing, LLC

17 DATED: March 30, 2011					LAW OFFICES OF MICHAEL F. BOHN

19 					By: /s/ Michael F. Bohn
20 					MICHAEL F. BOHN, ESQ.
					Attorneys for Defendants,
21 					Nevada Title Company

23 					IT IS SO ORDERED:

26 					_____
27 					UNITED STATES DISTRICT JUDGE
					DATED: April 5, 2011

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

S:\CASES & FILES\LOPEZ, Elva\OneLV\Pleadings\Stipulation.for.Dismissal.doc

SALEK LAW FIRM
27 Peters Cyn Rd,
2nd FL
Irvine, CA 92606
Tel:714/258-7800
Fax:714/258-7888